**CERTIFICATE OF SERVICE** **14-1053**

I, _RONALD WAYNE HOUCHINS_ , certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _11/05/2014_ by:
(date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
_40 Technology Parkway South, Suite 300, Norcross, GA 30092_
_CORPORATION SERVICE COMPANY, Registered Agent_
☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                     (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_11/05/2014_                                     _Ronald Wayne Houchins_
Date                                                        Signature

Print Name _ALICIA SMITH CORPORATION_
_SERVICE COMPANY_
Business Address
_40 Technology Pkwy_
City _NORCROSS_        State _GA_        Zip _30092_

NOV 24 2014 PM 03:08

REGINA THOMAS CLERK

DEPUTY CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA