**14-1053**

## CERTIFICATE OF SERVICE

I, __Ronald W. Houchins__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __11-05-2014__ by: __mail and hand delivery__
(date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
__WELLS FARGO BANK, NA CORPORATION SERVICE CO, 40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA 30092__

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                        (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__November 5, 2014__                                   __Ronald W. Houchins__
Date                                                                  Signature

NOV 24 2014 PM 3:07

Print Name __WELLS FARGO BANK NA CORPORATION__
__Ronald W. Houchins__ SERVICE CO
Business Address
__P.O. Box 311550__ __40 Technology Parkway South__
City __Atlanta__ __Norcross__  State __GA__  Zip __30092__ ~~31131~~

REGINA THOMAS, CLERK
FILED
CLERK'S OFFICE
BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA